**STATE v. LYTCH**

[355 N.C. 270 (2002)]

STATE OF NORTH CAROLINA v. RICKY C. LYTCH

No. 244A01

(Filed 7 March 2002)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 142 N.C. App. 576, 544 S.E.2d 570 (2001), finding no error in judgments imposing sentences of life imprisonment without parole entered 28 May 1999 by Ellis, J., in Superior Court, Cumberland County, upon jury verdicts finding defendant guilty of two counts of first-degree murder. Heard in the Supreme Court 11 February 2002.

*Roy Cooper, Attorney General, by Norma S. Harrell, Special Deputy Attorney General, for the State.*

*Staples Hughes, Appellate Defender, by Charlesena Elliott Walker, Assistant Appellate Defender, for defendant-appellant.*

PER CURIAM.

AFFIRMED.